FILED

DEC - 3 2003

LARRY W. PROPES, CLERK
CHARLESTON, SC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of RYAN INCORPORATED CENTRAL, <br><br> and <br><br> RYAN INCORPORATED CENTRAL <br><br> Plaintiffs, <br><br> vs. <br><br> HARTFORD FIRE INSURANCE COMPANY <br><br> and <br><br> OVERSTREET ENGINEERING & CONSTRUCTION, INC. <br><br> Defendants. | Civil Action No. 9 03 3540 08 <br><br><br><br><br><br> **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs United States of America for the use and benefit of Ryan Incorporated Central and Ryan Incorporated Central voluntarily dismiss their Complaint with prejudice in this action against Defendants Hartford Fire Insurance Company and Overstreet Engineering & Construction, Inc.

Respectfully submitted,

*/s/ C. Allen Gibson Jr.*

C. Allen Gibson Jr. (ID# 2088)
Mark A. Crawford (ID# 7532)
Buist Moore Smyth McGee P.A.
5 Exchange Street
Charleston, SC 29401
(843) 722-3400

Attorneys for Plaintiffs

{00562637.}

United States of America for the use and benefit of Ryan Incorporated Central and Ryan Incorporated Central v. Hartford Fire Insurance Company and Overstreet Engineering & Construction, Inc.
Civil Action No. 9 03 3540 08

for: /s/ Michael A. Gatje
Hal J. Perloff
Wickwire Gavin, P.C.
8100 Boone Boulevard, Suite 700
Vienna, VA 22182
(703) 790-8750

Of Counsel for Plaintiffs

Charleston, South Carolina
December 3, 2003

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing Notice of Voluntary Dismissal was mailed, first class, postage prepaid, this 3rd day of December 2003 to John V. Burch, P.C., Bovis, Kyle & Burch, LLC, 53 Perimeter Center East, Third Floor, Atlanta, Georgia 30346-2298 (counsel for Hartford Fire Insurance Company) and Michael H. Payne, Esq., Starfield & Payne, Suite 250, 220 Commerce Drive, P.O. Box 880, Fort Washington, P.A. 19034-0880 (counsel for Overstreet Engineering & Construction, Inc.).

{00562637.}
2